IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Erkan Bacaz d/b/a Bono Pizza d/b/a Buono Pizza d/b/a Bella Buono | BK NO. 22-01307 MJC |
| Debtor(s) | Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-8 and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
21 Jul 2022, 15:39:08, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322