UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ERKAN BACAZ | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ERKAN BACAZ | : | |
| Respondent(s) | : | CASE NO. 1-22-bk-01307-MJC |

## WITHDRAWAL OF TRUSTEE'S STATEMENT ADJOURNING MEETING OF CREDITORS AND SECTION 341 MEETING CONTINUED

AND NOW, this 7th day of September, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Statement Adjourning Meeting of Creditors and Section 341 Meeting Continued be withdrawn.

Respectfully submitted,

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 7, 2022, I served a copy of this Withdrawal on the following parties in this matter:

Vincent Rubino, vrubino@newmanwilliams.com

Judy L. Haubert
Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com