United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Erkan Bacaz  
      Debtor

Case No. 22-01307-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 08, 2022      Form ID: ntcnfhrg      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erkan Bacaz, 519 Mac Lane, East Stroudsburg, PA 18301-1505 |
| 5485293 | | ADS/COMENITY/MYPOINTSRWD, COMENITY CAPITAL BANK, PO BOX 183003, COLUMBUS, OH 43218-3003 |
| 5485295 | | ASSET RECOVERY SOLUTIONS, 220 E DEVON AVE STE 200, DES PLAINES, IL 60018-4501 |
| 5488357 | + | Atlantic States Insurance Company, 225 Wilmington West Chester Pike, Suite 200, Chadds Ford, PA 19317-9011 |
| 5485297 | + | BONO PIZZA, 1316 N. 5TH STREET, STROUDSBURG, PA 18360-2660 |
| 5485303 | | DAVE (THE WIZ) MULLER, 227 B. SERVICE ROAD, EFFORT, PA 18330 |
| 5485304 | + | DERYA BACAZ, 519 MAC LANE, EAST STROUDSBURG, PA 18301-1505 |
| 5492461 | + | First Portfolio Ventures Ii, Llc, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 5485305 | + | GREGG L MORRIS ESQ, PATENAUDE & FELIX, 2400 ANSYS DRIVE, STE 402-B, CANONSBURG, PA 15317-0403 |
| 5485306 | + | HARTMAN ELECTRICAL CONTRACTING, 155 BROAD STREET, STROUDSBURG, PA 18360-1557 |
| 5485309 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 826348, PHILADELPHIA, PA 19182-6348 |
| 5485313 | + | PA DEPT OF REVENUE, PO BOX 280405, HARRISBURG, PA 17128-0405 |
| 5485315 | | PAUL M. SCHOFIELD, JR. , ESQ., 225 WILMINGTON W. CHESTER PIKE, CHADDS FORD, PA 19317-9011 |
| 5488356 | + | PAUL SCHOFIELD, 225 Wilmington West Chester Pike, Suite 200, Chadds Ford, PA 19317-9011 |
| 5485325 | | WELLS FARGO AUTO, PO BOX 5265, SIOUX FALLS, SD 57117-5265 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 08 2022 18:44:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5485292 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2022 18:34:00 | ADS/COMENITY/EDDIE BAUER, P.O. BOX 659705, SAN ANTONIO, TX 78265-9705 |
| 5485294 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2022 18:34:00 | ADS/COMENITY/WAYFAIR, COMENITY BANK, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 5485296 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 08 2022 18:34:00 | BARCLAYS BANK DE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5485298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 18:44:23 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5485300 | | Email/Text: Webcollex@ebn.phinsolutions.com | Sep 08 2022 18:34:00 | CKS FINANCIAL, PO BOX 2856, CHESAPEAKE, VA 23327-2856 |
| 5485301 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 08 2022 18:34:00 | CONVERGENT, PO BOX 9004, RENTON, WA 98057-9004 |
| 5485302 | ^ | MEBN | Sep 08 2022 18:31:44 | CREDIT CONTROL LLC, PO BOX 31179, TAMPA, FL 33631-3179 |
| 5485299 | | Email/Text: BNSFN@capitalsvcs.com | Sep 08 2022 18:34:00 | CCS/FIRST NATIONAL BANK, 500 E 60TH STREET N, SIOUX FALLS, SD 57104 |
| 5485307 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2022 18:34:00 | INTERNAL REVENUE SERVICE, 11601 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | ROOSEVELT BLVD., MAIL DROP POINT N, PHILADELPHIA, PA 19154 |
| 5490236 | + | Email/Text: gbechakas@outlook.com | Sep 08 2022 18:34:00 | Intercoastal Financial Llc, 7954 Transit Rd #136, Williamsville, NY 14221-4117 |
| 5492948 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 08 2022 18:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5485308 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 08 2022 18:34:00 | JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 772813, CHICAGO, IL 60677-2813 |
| 5485310 | + | Email/Text: paparalegals@pandf.us | Sep 08 2022 18:34:00 | LVNV FUNDING, C/O PATENAUDE & FELIX PC, 501 CORPORATE DRIVE, CANONSBURG, PA 15317-8584 |
| 5486265 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 18:44:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5485311 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2022 18:34:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 13386, ROANOKE, VA 24033-3386 |
| 5486626 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2022 18:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5485312 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2022 18:44:16 | OLLO/CWS, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 5485314 | + | Email/Text: paparalegals@pandf.us | Sep 08 2022 18:34:00 | PATENAUDE & FELIX, 501 CORPORATE DRIVE, SOUTHPOINTE CTR STE 205, CANONSBURG, PA 15317-8584 |
| 5485316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2022 18:33:35 | PORTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541 |
| 5485317 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 08 2022 18:33:34 | PREMIER BANKCARD/FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5492954 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 08 2022 18:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5485318 | | Email/Text: clientrelations@optiosolutions.com | Sep 08 2022 18:34:00 | QUALIA COLLECTION SERVICES, 1444 NORTH MCDOWELL BLVD, PETALUMA, CA 94954 |
| 5490263 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2022 18:34:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5485319 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 18:44:22 | RESURGENT/LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5485320 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 08 2022 18:34:00 | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65450, SALT LAKE CITY, UT 84165-0450 |
| 5485321 | | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 18:44:07 | SYNCB/CCA, P.O. BOX 960090, ORLANDO, FL 32896-0090 |
| 5485322 | | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 18:44:07 | SYNCB/LOWES, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5485543 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 18:44:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5485323 | + | Email/Text: marisa.sheppard@timepayment.com | Sep 08 2022 18:34:00 | TIMEPAYMENT CORPORATION, 200 SUMMIT DR SUITE 100, BURLINGTON, MA 01803-5274 |
| 5485324 | | Email/Text: bnc-bluestem@quantum3group.com | Sep 08 2022 18:34:00 | WEBBANK/FINGERHUT, PO BOX 166, NEWARK, NJ 07101-0166 |
| 5488307 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 08 2022 18:44:17 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

| Recip ID | | | |
|---|---|---|---|
| 5487266 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Sep 08 2022 18:34:00 | Wilmington Trust, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5486627 | *+ | MIDLAND CREDIT MANAGEMENT, INC., PO BOX 2037, WARREN, MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Erkan Bacaz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erkan Bacaz,
dba Bono Pizza, dba Buono Pizza, dba Bella Buono,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−01307−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 11, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 18, 2022 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 8, 2022 |

ntcnfhrg (08/21)