UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

IN RE: ERKAN BACAZ  CASE NO: 22-01307

CHAPTER: 13

Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim 8 filed on 08/04/2022, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

02/17/2023  /s/ Donna J Bussert
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (03/03/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

## CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on 02/17/2023, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.


02/17/2023                              /s/ Donna J Bussert
                                        Bankruptcy Processor
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (03/03/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.