**Weinstein & Riley, P.S.**
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 269 3490

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case: 22-01307 |
| | ) | |
| Erkan Bacaz, | ) | Trustee: Jack N Zaharopoulos |
| | ) | |
| Debtor(s). | ) | |

☐ **NOTICE OF PAYMENT CHANGE ON ADDRESS OF:**
☒ **CREDITOR**

**Claim No.    10**

I request that notice be sent to the following address (please print):

Intercoastal Financial, LLC
Name
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Address
(206) 269-3490
Telephone Number

I request that payment be sent to the following address (please print):

Intercoastal Financial, LLC
Name
c/o Weinstein & Riley, PS
Post Office Box 3978
Seattle, WA 98124
Address
(206) 269-3490
Telephone Number

DATED: June 14, 2023

/s/ Jordan Morrison
Signature