UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

IN RE: ERKAN BACAZ CASE NO: 22-01307
CHAPTER: 13

Debtor (s)

**Change of Address – Notifications for Creditor**

As to Claim 8-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000 | P.O. Box 169005 |
| Raleigh NC 27605 | Irving, TX 75016 |

Please note that the address for payment **has not changed**. Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address: BKChapter13@WellsFargo.com

7/15/2024

/s/ LaDonna Broadway
 Bankruptcy Processor
 Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:22-bk-01307-MJC    Doc 41    Filed 07/15/24    Entered 07/15/24 10:32:33    Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

Middle District of Pennsylvania (Wilkes-Barre)

IN RE: ERKAN BACAZ            CASE NO: 22-01307
                                                                                                         CHAPTER: 13

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on 7/15/2024 , I served a true and correct copy of the above notice of address change on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

7/15/2024                                        /s/ LaDonna Broadway
                                                Bankruptcy Processor
                                                Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:22-bk-01307-MJC    Doc 41    Filed 07/15/24    Entered 07/15/24 10:32:33    Desc
Main Document    Page 2 of 2