IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| ERKAN BACAZ ) | |
| DBA BONO PIZZA ) | |
| DBA BUONO PIZZA ) | |
| DBA BELLA BUONO ) | CASE NO.: 5:22-bk-01307-MJC |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE MARK J CONWAY |
| ) | |
| WILMINGTON TRUST, NATIONAL ) | |
| ASSOCIATION, AS SUCCESSOR INDENTURE ) | |
| TRUSTEE TO CITIBANK, N.A., AS ) | |
| INDENTURE TRUSTEE OF SACO I TRUST ) | |
| 2006-12, MORTGAGE-BACKED NOTES, ) | |
| SERIES 2006-12, ) | |
| ) | |
| CREDITOR, ) | |
| ) | |
| ERKAN BACAZ, DBA BONO PIZZA, ) | |
| DBA BUONO PIZZA, ) | |
| DBA BELLA BUONO ) | |
| DBA BELLA BUONO, DEBTOR AND ) | |
| JACK N ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Wilmington Trust, National Association, as Successor Indenture Trustee to Citibank, N.A., as Indenture Trustee of SACO I Trust 2006-12, Mortgage-Backed Notes, Series 2006-12 as serviced NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 25th day of July

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)

[josh.goldman@padgettlawgroup.com](mailto:josh.goldman@padgettlawgroup.com)
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 25th day of July 2024.

*DEBTOR*
ERKAN BACAZ
519 MAC LANE
EAST STROUDSBURG, PA 18301

*ATTORNEYS FOR DEBTOR*
ROBERT J KIDWELL, III
NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360
RKIDWELL@NEWMANWILLIAMS.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

/s/ Joshua I. Goldman, Esq
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*