United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01307-MJC |
| Erkan Bacaz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Aug 27, 2025 | Form ID: 3180W | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erkan Bacaz, 519 Mac Lane, East Stroudsburg, PA 18301-1505 |
| 5485292 | | ADS/COMENITY/EDDIE BAUER, P.O. BOX 659705, SAN ANTONIO, TX 78265 |
| 5485295 | | ASSET RECOVERY SOLUTIONS, 220 E DEVON AVE STE 200, DES PLAINES, IL 60018-4501 |
| 5488357 | + | Atlantic States Insurance Company, 225 Wilmington West Chester Pike, Suite 200, Chadds Ford, PA 19317-9011 |
| 5485297 | + | BONO PIZZA, 1316 N. 5TH STREET, STROUDSBURG, PA 18360-2648 |
| 5485303 | + | DAVE (THE WIZ) MULLER, 227 B. SERVICE ROAD, EFFORT, PA 18330-8756 |
| 5485304 | + | DERYA BACAZ, 519 MAC LANE, EAST STROUDSBURG, PA 18301-1505 |
| 5485305 | + | GREGG L MORRIS ESQ, PATENAUDE & FELIX, 2400 ANSYS DRIVE, STE 402-B, CANONSBURG, PA 15317-0403 |
| 5485306 | + | HARTMAN ELECTRICAL CONTRACTING, 155 BROAD STREET, STROUDSBURG, PA 18360-1557 |
| 5485309 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 826348, PHILADELPHIA, PA 19182-6348 |
| 5485310 | + | LVNV FUNDING, C/O PATENAUDE & FELIX PC, 501 CORPORATE DRIVE, CANONSBURG, PA 15317-8584 |
| 5485313 | + | PA DEPT OF REVENUE, PO BOX 280405, HARRISBURG, PA 17128-0405 |
| 5485314 | + | PATENAUDE & FELIX, 501 CORPORATE DRIVE, SOUTHPOINTE CTR STE 205, CANONSBURG, PA 15317-8584 |
| 5485315 | | PAUL M. SCHOFIELD, JR. , ESQ., 225 WILMINGTON W. CHESTER PIKE, CHADDS FORD, PA 19317-9011 |
| 5488356 | + | PAUL SCHOFIELD, 225 Wilmington West Chester Pike, Suite 200, Chadds Ford, PA 19317-9011 |
| 5485325 | | WELLS FARGO AUTO, PO BOX 5265, SIOUX FALLS, SD 57117-5265 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 27 2025 18:36:34 | Intercoastal Financial, LLC, c/o Weinstein & Riley, PS, Post Office Box 3978, Seattle, WA 98124-3978 |
| cr | + | EDI: PRA.COM | Aug 27 2025 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 27 2025 18:48:28 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| cr | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 27 2025 18:48:32 | Wells fargo auto, PO BOX 130000, Raleigh, NC 27605-1000 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2025 18:37:00 | Wilmington Trust, National Association, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 5485293 | | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | ADS/COMENITY/MYPOINTSRWD, COMENITY CAPITAL BANK, PO BOX 183003, COLUMBUS, OH 43218-3003 |
| 5485294 | | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | ADS/COMENITY/WAYFAIR, COMENITY BANK, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 5485296 | | EDI: TSYS2 | Aug 27 2025 22:39:00 | BARCLAYS BANK DE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5485298 | + | EDI: CITICORP | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 27 2025 22:39:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5485300 | | EDI: CKSFINANCIAL.COM | Aug 27 2025 22:39:00 | CKS FINANCIAL, PO BOX 2856, CHESAPEAKE, VA 23327-2856 |
| 5485301 | + | EDI: CONVERGENT.COM | Aug 27 2025 22:39:00 | CONVERGENT, PO BOX 9004, RENTON, WA 98057-9004 |
| 5485302 | | Email/Text: correspondence@credit-control.com | Aug 27 2025 18:37:00 | CREDIT CONTROL LLC, PO BOX 31179, TAMPA, FL 33631 |
| 5485299 | | Email/Text: BNSFN@capitalsvcs.com | Aug 27 2025 18:37:00 | CCS/FIRST NATIONAL BANK, 500 E 60TH STREET N, SIOUX FALLS, SD 57104 |
| 5492461 | ^ | MEBN | Aug 27 2025 18:36:24 | First Portfolio Ventures Ii, Llc, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 5485307 | | EDI: IRS.COM | Aug 27 2025 22:39:00 | INTERNAL REVENUE SERVICE, 11601 ROOSEVELT BLVD., MAIL DROP POINT N, PHILADELPHIA, PA 19154 |
| 5490236 | + | Email/Text: gbechakas@outlook.com | Aug 27 2025 18:37:00 | Intercoastal Financial Llc, 7954 Transit Rd #136, Williamsville, NY 14221-4117 |
| 5492948 | | EDI: JEFFERSONCAP.COM | Aug 27 2025 22:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5485308 | | EDI: JEFFERSONCAP.COM | Aug 27 2025 22:39:00 | JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 772813, CHICAGO, IL 60677-2813 |
| 5486265 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 18:48:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5485311 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2025 18:37:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 13386, ROANOKE, VA 24033-3386 |
| 5486626 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2025 18:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5662453 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2025 18:37:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 5662452 | | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2025 18:37:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 5485312 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2025 18:48:23 | OLLO/CWS, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 5485316 | | EDI: PRA.COM | Aug 27 2025 22:39:00 | PORTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541 |
| 5494814 | | EDI: PRA.COM | Aug 27 2025 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5485317 | + | EDI: AMINFOFP.COM | Aug 27 2025 22:39:00 | PREMIER BANKCARD/FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5492954 | + | EDI: JEFFERSONCAP.COM | Aug 27 2025 22:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5485318 | | Email/Text: clientrelations@optiosolutions.com | Aug 27 2025 18:37:00 | QUALIA COLLECTION SERVICES, 1444 NORTH MCDOWELL BLVD, PETALUMA, CA 94954 |
| 5490263 | | EDI: Q3G.COM | Aug 27 2025 22:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5485319 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 18:48:55 | RESURGENT/LVNV FUNDING, PO BOX 1269, |

| Recip ID | Bypass Reason | Notice Type / Address | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | GREENVILLE, SC 29602-1269 |
| 5485320 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 27 2025 18:37:00 | | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65450, SALT LAKE CITY, UT 84165-0450 |
| 5485321 | | EDI: SYNC Aug 27 2025 22:39:00 | | SYNCB/CCA, P.O. BOX 960090, ORLANDO, FL 32896-0090 |
| 5485322 | | EDI: SYNC Aug 27 2025 22:39:00 | | SYNCB/LOWES, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5485543 | ^ | MEBN Aug 27 2025 18:36:37 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5485323 | + | Email/Text: BCN@timepayment.com Aug 27 2025 18:37:00 | | TIMEPAYMENT CORPORATION, 200 SUMMIT DR SUITE 100, BURLINGTON, MA 01803-5274 |
| 5494883 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 27 2025 18:37:00 | | U.S. Bank NA, successor trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5485324 | | EDI: BLUESTEM Aug 27 2025 22:39:00 | | WEBBANK/FINGERHUT, PO BOX 166, NEWARK, NJ 07101-0166 |
| 5488307 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com Aug 27 2025 18:49:43 | | Wells Fargo Bank NA, dba Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5487266 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Aug 27 2025 18:37:00 | | Wilmington Trust, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5486627 | *+ | MIDLAND CREDIT MANAGEMENT, INC., PO BOX 2037, WARREN, MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2025     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL |

bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com

Joshua I Goldman
on behalf of Creditor Wilmington Trust National Association, as Successor Indenture Trustee to Citibank, N.A., as Indenture Trustee of SACO I Trust 2006-12, Mortgage-Backed Notes, Series 2006-12 as serviced NewRez LLC d/b josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Michelle McGowan
on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL mimcgowan@raslg.com

Robert J Kidwell, III
on behalf of Debtor 1 Erkan Bacaz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
on behalf of Debtor 1 Erkan Bacaz
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Erkan Bacaz<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0917<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22–bk–01307–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Erkan Bacaz
dba Bono Pizza, dba Buono Pizza, dba Bella Buono

8/27/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**