IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ERKAN BACAZ, | CASE NO.: 5:22-bk-01307 |
| Debtor | |

**REQUEST FOR CERTIFIED DOCUMENT**

To The Clerk of Courts:

Please send me a certified copy of Docket Number 48, Discharge Order. Thank you.

    NEWMAN, WILLIAMS, P.C.

    By: /s/ Robert J. Kidwell, Esq.
        Robert J. Kidwell, Esq.
        Attorney I.D. No. 206555
        Attorney for Debtor
        712 Monroe St.
        Stroudsburg, PA 18360-0511
        (570) 421-9090; Fax (570) 424-9739
        rkidwell@newmanwilliams.com